BAYARD

600 N. King Street • Suite 400
P.O. Box 25130 • Wilmington, DE 19801
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email sbrauerman@bayardlaw.com

October 13, 2026

**VIA CM/ECF**
Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE: *IPA Technologies Inc. v. Google LLC*, C.A. No. 18-318-RGA-SRF

Dear Judge Andrews:

In an effort to streamline the issues for the Court's consideration at the claim construction hearing scheduled to commence on Wednesday, October 14, 2026 in the above noted case, IPA Technologies Inc. ("IPA") will agree to Google LLC's proposed construction of "service request": "a user request that is recited in the claimed ICL and must meet every requirement of the claimed ICL." Based on this agreement, IPA no longer intends to argue this term at the claim construction hearing.

Sincerely,

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)

CC: counsel of record